# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-54071 MBM  
**Case Name:** HICKONBOTTOM, AB-JEROME

**Trustee:** (420030) Kenneth A. Nathan  
**Filed (f) or Converted (c):** 07/22/13 (f)  
**§341(a) Meeting Date:** 08/28/13

**Period Ending:** 03/31/14

**Claims Bar Date:** 06/09/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | FURNITURE AND HOUSEHOLD ITEMS | 5,500.00 | 0.00 | | 0.00 | FA |
| 2 | BOOKS & PICTURES | 1,000.00 | 0.00 | | 0.00 | FA |
| 3 | CLOTHING | 2,500.00 | 0.00 | | 0.00 | FA |
| 4 | FUNDS GARNISHED FROM DEBTOR-ESTIMATED | 2,500.00 | 0.00 | | 0.00 | FA |
| 5 | 2007 FORD TARUS | 2,500.00 | 0.00 | | 0.00 | FA |
| 6 | 2013 TAX REFUND (u)<br>    42% Estate property $1,275.54<br>33% Debtor $1,002.21<br>25% non-filing spouse $759.25 | 0.00 | 1,000.00 | | 3,037.00 | FA |
| 6 | **Assets** Totals (Excluding unknown values) | **$14,000.00** | **$1,000.00** | | **$3,037.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

   3/31/14 Pending claims bar date  
   3/10/14 Received funds; filed Notice of Assets  
   11/13/13 Trustee is pursuing non-exempt equity in 2013 tax refund.

**Initial Projected Date Of Final Report (TFR):**   December 31, 2014    **Current Projected Date Of Final Report (TFR):**   December 31, 2014

_____  
   April 17, 2014  
   Date

/s/ Kenneth A. Nathan  
_____  
Kenneth A. Nathan

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 13-54071 MBM
**Case Name:** HICKONBOTTOM, AB-JEROME

**Taxpayer ID #:** **-***5355
**Period Ending:** 03/31/14

**Trustee:** Kenneth A. Nathan (420030)
**Bank Name:** Rabobank, N.A.
**Account:** ****312566 - Checking Account
**Blanket Bond:** $2,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 03/10/14 | {6} | IRS | 2013 tax refund (42% estate property $1,275.54; 33% non-estate funds to be returned to Debtor $1,002.21; 25% to go to non-filing spouse $759.25) | 1224-000 | 3,037.00 | | 3,037.00 |
| 03/13/14 | 101 | Ab-Jerome Hickonbottom | Non-estate portion of tax refund (33% of $3,037 = $1,002.21) | 8500-002 | | n 1,002.21 | 2,034.79 |
| 03/13/14 | 102 | Mrs. Hickonbottom | Non-filing spouse portion of tax refund (25% of $3,037 = $759.25) | 8500-002 | | n 759.25 | 1,275.54 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,265.54 |
| | | | **ACCOUNT TOTALS** | | 3,037.00 | 1,771.46 | **$1,265.54** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 3,037.00 | 1,771.46 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$3,037.00** | **$1,771.46** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ****312566** | 3,037.00 | 1,771.46 | 1,265.54 |
| | $3,037.00 | $1,771.46 | $1,265.54 |

_____
April 17, 2014
Date

/s/ Kenneth A. Nathan
_____
Kenneth A. Nathan

{} Asset reference(s) — n-Other non comp.

Printed: 04/17/2014 04:47 PM    V.13.14