In re: HICKONBOTTOM, AB-JEROME § Case No. 13-54071-MBM
§
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Kenneth A. Nathan, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $14,000.00           Assets Exempt: $14,000.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $645.69       Claims Discharged
                                               Without Payment: $39,426.09

Total Expenses of Administration: $629.85

3) Total gross receipts of $ 3,037.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 1,761.46 (see **Exhibit 2**), yielded net receipts of $1,275.54 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $3,500.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 687.35 | 629.85 | 629.85 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 28,053.00 | 13,370.78 | 13,370.78 | 645.69 |
| **TOTAL DISBURSEMENTS** | $31,553.00 | $14,058.13 | $14,000.63 | $1,275.54 |

4) This case was originally filed under Chapter 7 on July 22, 2013. The case was pending for 14 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/18/2014      By: /s/Kenneth A. Nathan
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2013 TAX REFUND | 1224-000 | 3,037.00 |
| **TOTAL GROSS RECEIPTS** | | **$3,037.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Ab-Jerome Hickonbottom | Non-estate portion of tax refund (33% of $3,037 = $1,002.21) | 8500-002 | 1,002.21 |
| Mrs. Hickonbottom | Non-filing spouse portion of tax refund (25% of $3,037 = $759.25) | 8500-002 | 759.25 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$1,761.46** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Gateway Financial Solutions | 4110-000 | 3,500.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$3,500.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Kenneth A. Nathan | 2100-000 | N/A | 318.89 | 318.89 | 318.89 |
| Kenneth A. Nathan | 2200-000 | N/A | 30.96 | 30.96 | 30.96 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|---|
| Nathan Law, PLC | 3110-000 | | N/A | 307.50 | 250.00 | 250.00 |
| Rabobank, N.A. | 2600-000 | | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | | N/A | $687.35 | $629.85 | $629.85 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | GATEWAY FINANCIAL SOLUTIONS | 7100-000 | N/A | 12,018.70 | 12,018.70 | 580.40 |
| 2 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | 1,352.00 | 1,352.08 | 1,352.08 | 65.29 |
| NOTFILED | Jason Katz, P.C. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | NCO | 7100-000 | 607.00 | N/A | N/A | 0.00 |
| NOTFILED | NCO | 7100-000 | 524.00 | N/A | N/A | 0.00 |
| NOTFILED | NCO | 7100-000 | 152.00 | N/A | N/A | 0.00 |
| NOTFILED | Regional Finance Corp | 7100-000 | 16,615.00 | N/A | N/A | 0.00 |
| NOTFILED | Franklin Collection Services | 7100-000 | 415.00 | N/A | N/A | 0.00 |
| NOTFILED | Check & Go | 7100-000 | 690.00 | N/A | N/A | 0.00 |
| NOTFILED | DTE Energy | 7100-000 | 1,243.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | American Collections | 7100-000 | 109.00 | N/A | N/A | 0.00 |
| NOTFILED | Autotrakk LLC | 7100-000 | 5,364.00 | N/A | N/A | 0.00 |
| NOTFILED | Credit Protection ASSOC | 7100-000 | 292.00 | N/A | N/A | 0.00 |
| NOTFILED | Check Smart | 7100-000 | 690.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $28,053.00 | $13,370.78 | $13,370.78 | $645.69 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-54071-MBM  **Trustee:** (420030) Kenneth A. Nathan
**Case Name:** HICKONBOTTOM, AB-JEROME  **Filed (f) or Converted (c):** 07/22/13 (f)
  **§341(a) Meeting Date:** 08/28/13
**Period Ending:** 09/18/14  **Claims Bar Date:** 06/09/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  FURNITURE AND HOUSEHOLD ITEMS | 5,500.00 | 0.00 | | 0.00 | FA |
| 2  BOOKS & PICTURES | 1,000.00 | 0.00 | | 0.00 | FA |
| 3  CLOTHING | 2,500.00 | 0.00 | | 0.00 | FA |
| 4  FUNDS GARNISHED FROM DEBTOR-ESTIMATED | 2,500.00 | 0.00 | | 0.00 | FA |
| 5  2007 FORD TARUS | 2,500.00 | 0.00 | | 0.00 | FA |
| 6  2013 TAX REFUND (u)<br>  42% Estate property $1,275.54<br>33% Debtor $1,002.21<br>25% non-filing spouse $759.25 | 0.00 | 1,000.00 | | 3,037.00 | FA |
| 6  Assets  Totals (Excluding unknown values) | **$14,000.00** | **$1,000.00** | | **$3,037.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

9/18/14 Submit TDR to UST
7/28/14 File COD and issue checks
6/20/14 Submit TFR to UST
6/17/14 Final Fee Application
6/10/14 Reviewed claims; no objections; filed closing notices
3/31/14 Pending claims bar date
3/10/14 Received funds; filed Notice of Assets
11/13/13 Trustee is pursuing non-exempt equity in 2013 tax refund.

**Initial Projected Date Of Final Report (TFR):**  December 31, 2014  **Current Projected Date Of Final Report (TFR):**  June 20, 2014 (Actual)

_____  /s/ Kenneth A. Nathan
September 18, 2014  _____
Date  Kenneth A. Nathan

Exhibit 9

Page: 1

# Form 2
## Cash Receipts And Disbursements Record

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 13-54071-MBM | **Trustee:** | Kenneth A. Nathan (420030) | |
| **Case Name:** | HICKONBOTTOM, AB-JEROME | **Bank Name:** | Rabobank, N.A. | |
| | | **Account:** | ******2566 - Checking Account | |
| **Taxpayer ID #:** | **-***5355 | **Blanket Bond:** | $2,000,000.00 (per case limit) | |
| **Period Ending:** | 09/18/14 | **Separate Bond:** | N/A | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/10/14 | {6} | IRS | 2013 tax refund (42% estate property $1,275.54; 33% non-estate funds to be returned to Debtor $1,002.21; 25% to go to non-filing spouse $759.25) | 1224-000 | 3,037.00 | | 3,037.00 |
| 03/13/14 | 101 | Ab-Jerome Hickonbottom | Non-estate portion of tax refund (33% of $3,037 = $1,002.21) | 8500-002 | | n 1,002.21 | 2,034.79 |
| 03/13/14 | 102 | Mrs. Hickonbottom | Non-filing spouse portion of tax refund (25% of $3,037 = $759.25) | 8500-002 | | n 759.25 | 1,275.54 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,265.54 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,255.54 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,245.54 |
| 07/28/14 | 103 | Kenneth A. Nathan | Dividend paid 100.00% on $318.89, Trustee Compensation; Reference: | 2100-000 | | 318.89 | 926.65 |
| 07/28/14 | 104 | Kenneth A. Nathan | Dividend paid 100.00% on $30.96, Trustee Expenses; Reference: | 2200-000 | | 30.96 | 895.69 |
| 07/28/14 | 105 | Nathan Law, PLC | Dividend paid 100.00% on $250.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 250.00 | 645.69 |
| 07/28/14 | 106 | GATEWAY FINANCIAL SOLUTIONS | Dividend paid 4.82% on $12,018.70; Claim# 1; Filed: $12,018.70; Reference: | 7100-000 | | 580.40 | 65.29 |
| 07/28/14 | 107 | AMERICAN INFOSOURCE LP AS AGENT FOR | Dividend paid 4.82% on $1,352.08; Claim# 2; Filed: $1,352.08; Reference: | 7100-000 | | 65.29 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 3,037.00 | 3,037.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 3,037.00 | 3,037.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$3,037.00** | **$3,037.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******2566 | 3,037.00 | 3,037.00 | 0.00 |
| | $3,037.00 | $3,037.00 | $0.00 |

| | |
|---|---|
| September 18, 2014 | /s/ Kenneth A. Nathan |
| Date | Kenneth A. Nathan |